UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Paula Mott | Civil Action 06-682 |
| versus | Judge Tucker L. Melançon |
| Commissioner of Social Security | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. As set out in the magistrate judge's "Warning to Counsel for Mott," the Court is also troubled by counsel's misleading statements of incorrect facts and misquoted law. The Court reiterates the magistrate judge's warning that future transgressions may be treated as Rule 11 violations. Otherwise, after an independent review of the record and the applicable jurisprudence, including plaintiff's objections, this Court concludes that the Report and Recommendation of the magistrate judge are correct and therefore adopts the conclusions set forth therein. Accordingly,

IT IS ORDERED that the Commissioner's decision is AFFIRMED.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 19th day of September, 2007

Tucker L. Melançon
United States District Judge